UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CISPER DA AMAZONIA, S.A., <br><br> Plaintiff <br><br> v. <br><br> OWENS-ILLINOIS DE PUERTO RICO, LLC, <br><br> Defendant | CIVIL NO. 09-1041 (JAF) <br><br><br> REVALIDATION/DOMESTICATION (EXEQUATUR) OF DELAWARE JUDGMENT FOR COLLECTION OF MONEY |

## MOTION FOR DEFAULT ENTRY

TO THE HONORABLE COURT:

COMES NOW plaintiff Cisper Da Amazonia, S.A. ("CASA"), through its undersigned counsel, and respectfully shows:

1. The Defendant herein, Owens-Illinois de Puerto Rico, LLC ("OIPR-LLC") was served a true copy of the Summons and Complaint herein, on January 22, 2009, by delivery to its Registered Agent pursuant to the laws of Delaware[1], National Registered Agents, Inc., located at 160 Greentree Dr., Suite 101, Dover, DE 19904. See, Rule

---

[1] Delaware Limited Liability Company Act § 18-105, Del. Code Ann. Tit. 6, § 18-105 (2008), addressing service of process on domestic limited liability companies, provides:

> (a) Service of legal process upon any domestic limited liability company shall be made by delivering a copy personally to ...any manager of the limited liability company in the State of Delaware or the registered agent of the limited liability company in the State of Delaware..."

Such service is considered actual delivery, not merely constructive. Interpreting the identical provisions of the Delaware General Corporation Law, the Delaware courts have long considered that service on a registered agent is no different from service in hand to the president of the corporation. Penn Central Light & Power Co. v. Central Eastern Power Co., 171 A. 332, 335 (Del. 1934). See also, Peterson v. Sealed Air Corp., 902 F.2d 1232, 1237 (7th Cir. 1990); Kolyba Corp. v. Banque Nationale De Paris, 316 A.2d 585, (Del. 1973).

4(h)(1)(B), Fed.R.Civ.P., and Proof of Service, Docket No. 4. See also, webpages from Secretary of State of Delaware as of March 24, 2009 and August 11, 2008, confirming Delaware as OIPR-LLC's jurisdiction of organization and the identity of its registered agent, hereto attached as composite **Exhibit A**.

2. The time for OIPR-LLC to answer or otherwise move in response to the Complaint, expired not later than February 11, 2009. See, Docket No. 4. Rule 12(a)(1)(A)(i). Fed.R.Civ.P.

3. Additionally, from an abundance of caution, after repeated efforts, Plaintiff CASA by counsel effected delivery through Federal Express on February 25, 2009 of a true copy of the summons and complaint, to Mr. Carlos Bermúdez, OIPR-LLC's known President and General Manager, who is located at Industrias Zanzibar, Autopista Duarte, Km. 2.8, Santo Domingo, República Dominicana. See, Declaration of Ubaldo Fernández-Barrera, hereto attached as **Exhibit B** and attachments thereto.

4. As of March 24, 2009, Defendant OIPR-LLC has neither answered the Complaint, nor otherwise moved in response thereto.

5. Rule 55, Fed.R.Civ.P., provides for the entry of default by the Clerk against any party who has failed to plead or otherwise defend.

6. Counsel will update its review of records to ascertain if the Delaware courts show any indication of payment upon the Delaware judgment or execution there, and then move for default judgment as soon as practicable after default entry herein.

WHEREFORE, OIPR-LLC having failed to answer or otherwise move, plaintiff Cisper Da Amazonia requests entry of default against

relief as may be just.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 25th day of March, 2009.

                              **O'NEILL & BORGES**
*Attorneys for Cisper Da Amazonia*
250 Muñoz Rivera Avenue, Suite 800
San Juan, PR  00918-1813
Tel. (787) 764-8181
Fax. (787) 753-8944


By: *s/ David P. Freedman*
    David P. Freedman
    USDC No. 119510
    Email: David.Freedman@oneillborges.com


By: *s/ Ubaldo M. Fernandez*
    Ubaldo M. Fernández
    USDC No. 224807
    Email: Ubaldo.Fernández@oneillborges.com

# EXHIBIT A

Division of Corporations - Online Services                                                           Page 1 of 1

 **State of Delaware**
The Official Website for the First State 

Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & L

State Directory | Help | Search Delaware:                                    Citizen Services | Business Services | \

**Department of State: Division of Corporations**

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

SERVICES
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information
Status
Validate Certificate

INFORMATION
Corporate Forms
Corporate Fees
UCC Forms and Fees
UCC Searches
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request

Frequently Asked Questions   View Search Results

## Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 3405446 | Incorporation Date / Formation Date: | 07/02/2001 (mm/dd/yyyy) |
| Entity Name: | OWENS-ILLINOIS DE PUERTO RICO, LLC | | |
| Entity Kind: | LIMITED LIABILITY COMPANY (LLC) | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | NATIONAL REGISTERED AGENTS, INC. | | |
| Address: | 160 GREENTREE DRIVE SUITE 101 | | |
| City: | DOVER | County: | KENT |
| State: | DE | Postal Code: | 19904 |
| Phone: | (302)674-4089 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information [ Submit ]

[ Back to Entity Search ]

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov

https://sos-res.state.de.us/tin/controller                                                           8/13/2008

Delaware.gov | Text Only                    Governor | General Assembly | Courts | Elected Officials | State Agencies

## Department of State: Division of Corporations

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

SERVICES
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

INFORMATION
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request  How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents

Frequently Asked Questions   View Search Results

### Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 3405446 | Incorporation Date / Formation Date: | 07/02/2001 (mm/dd/yyyy) |
| Entity Name: | OWENS-ILLINOIS DE PUERTO RICO, LLC | | |
| Entity Kind: | LIMITED LIABILITY COMPANY (LLC) | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |

**REGISTERED AGENT INFORMATION**

| | |
|---|---|
| Name: | NATIONAL REGISTERED AGENTS, INC. |
| Address: | 160 GREENTREE DRIVE SUITE 101 |
| City: | DOVER |
| County: | KENT |
| State: | DE |
| Postal Code: | 19904 |
| Phone: | (302)674-4089 |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like  ○ Status  ○ Status, Tax & History Information  [Submit]

[Back to Entity Search]

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov

# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CISPER DA AMAZONIA, S.A.,<br><br>    Plaintiff<br><br>    v.<br><br>OWENS-ILLINOIS DE PUERTO RICO, LLC,<br><br>    Defendant | CIVIL NO. 09-1041 (JAF)<br><br>REVALIDATION/DOMESTICATION (EXEQUATUR) OF DELAWARE JUDGMENT FOR COLLECTION OF MONEY |

## DECLARATION OF UBALDO FERNANDEZ-BARRERA

UBALDO M. FERNANDEZ-BARRERA, respectfully declares:

1. I am one of the counsel for Plaintiff Cisper Da Amazonia, S.A. ("CASA").

2. CASA and its counsel elected to provide notice in addition to that required by law, by delivery of an additional copy of the summons and complaint, to the known President and General Manager of the Defendant Owens-Illinois de Puerto Rico LLC (OIPR-LLC), Mr. Carlos Bermudez, who currently lives in, and works in the Dominican Republic at Industrias Zanzibar, Autopista Duarte, Km. 2.8, Santo Domingo, República Dominicana. I obtained this information from, among other sources, Mr. Hector Negrón, the former Administration Manager of OIPR-LLC.

3. I sent by registered mail on February 9, 2009 a true copy of the summons and complaint to Mr. Bermudez at Industrias Zanzibar, Autopista Duarte, Km. 2.8, Santo Domingo, República Dominicana (Dominican Republic). I received no indication of

delivery. <u>See</u>, Exhibit 1, attached to this declaration.[1]

4. Consequently, I resent on February 17, 2009, by Global Express Guaranteed, another copy of he summons and complaint to Mr. Carlos Bermudez through International Federal Express at the same location stated above. Subsequent to March 1, 2009, I was able to confirm and did observe from the USPS website, that delivery was made to that location at 3:33 PM on February 25, 2009, and the documents showing that delivery are attached to this declaration as Exhibit 2.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in San Juan, Puerto Rico, on March 24, 2009.

_____
Ubaldo M. Fernández-Barrera

---

[1] As of March 24, 2009, the USPS website shows no information other than the registered mailing's departure from a USPS Miami service center, reflected on the second page of Exhibit 1.

-2-

**EXHIBIT 1**



Registered No. RE545773967US

Reg. Fee: $10.80
Handling Charge: $0.00
Postage: $3.45
Special Delivery: $
Return Receipt: $2.20
Restricted Delivery: $0.00
Received by: [signature]
Customer Must Declare Full Value: $0.00
Without Postal Insurance

Date Stamp: 02/09/09  FEB 03 2009  USPS LAS AMER 0018

Domestic Insurance is limited to $25,000; International Indemnity is Limited (See Reverse)

FROM:
Ledo. Ubaldo Fernández
O'Neill & Borges
American International, 250 Muñoz Rivera
San Juan, PR 00918-1813

TO:
Owens Illinois de Puerto Rico
c/o Industries zanzibar, S.A.
Bernardo Fernández, Presidente
Autopista Duarte Km. 28
Santo Domingo, República Dominicana

PS Form 3806, June 2000
Receipt for Registered Mail (Customer Copy)
(See Information on Reverse)


**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **RB54 5773 967U S**
Status: **International Dispatch**

Your item left the United States from ISC MIAMI FL (USPS) at 6:32 PM on February 11, 2009. No further information is available for this item.

*Additional Details >*  *Return to USPS.com Home >*

**Track & Confirm**
Enter Label/Receipt Number.

*Go >*

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   *Go >*

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 8280 2687 21
Status: **Shipment Delivered**

Your shipment was delivered at 3:33 PM on February 25, 2009 in SANTO DOMINGO, DOMINICAN REPUBLIC.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

**GLOBAL EXPRESS GUARANTEED**
ED STATES POSTAL SERVICE

GXG International Air Waybill

International delivery by FedEx Express

**FedEx Express**

From: 02/07/09

nder's
me _____ Phone ____
mpany O'Neill & Borges
dress American International Plaza
dress 250 Muñoz Rivera Ave., Ste. 800
y San Juan    State PR
untry USA    ZIP Code 00918-1813

To
cipient's Quxus Illinois de Puerto Rico    Phone
me
mpany CP Industries Zanzibar, S.A.    Fax
    Carlos Bermúdez
dress Autopista Duarte, KM. 28
dress
y Santo Domingo    State/Province
untry Republica Dominicana    ZIP/Postal Code

cipient's Tax ID Number for Customs Purposes (if applicable)

For tracking go to the USPS Web site at
www.usps.com/shipping/trackandconfirm.htm
or call 1.800.222.1811.

3 Shipment Information
☑ Documents     ☐ Non-Documents

Specific Description: Documents
Country of Manufacture: N/A
Value for Customs (US $): N/A

Total Value for Customs (US $): N/A

4 Required Signature

Sender's Signature: [signed]

Date: 02/17/09   Time: 8:50 AM   Scheduled Delivery Date: 02/19/09   PO ZIP Code: 00938   Employee: Jueves

Dimensions: N/A   Weight: 5.2 lbs   Postage: $41.95   Insurance Fee: N/A   Total Postage & Fees: $41.95

☑ GXG Envelope or Pak   ☐ Box   ☐ Envelope   ☐ Other

8982 8026 8727

USPS Tracking Number: 8280268721

Sender's Copy